# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

HON. **JERRY BUCHMEYER**, Presiding
DEPUTY CLERK **TANNICA STEWART**
LAW CLERK _____
INTERPRETER _____
A.M. _____  P.M. **1:08-1:09**

COURT REPORTER/TAPE ~~JOE BELTON~~ Shawn Arumeta
USPO **Present**
COURT TIME: _____ DATE: **1-12-07**  Trin

CR. No. **3:06-CR-369-R**   DEFT No. **1**

UNITED STATES OF AMERICA
v.
**Ronald C. Pearson**
Defendant's Name

AUSA: **Paul Yanowitch**
Counsel for Deft: **Randy Taylor**   Apptd-(A), (Retd-(R)), FPD-(F)

## ARRAIGNMENT / ~~REARRAIGNMENT~~

- ☐ Defendant SWORN.
- ☑ **karr.** Arraignment   ☐ Krearr. Rearraignment - Held on count(s) **1-3** of the **3** count(s) ☑ Indictment ☐ Information ☐ Superseding Indictment ☐ Superseding Information.
- ☑ New Sentencing Guidelines (NSG) offense committed on or after (11/1/87).
- ☑ **kpl.** Deft enters a plea of  ☑ ngpl. (not guilty)  ☐ gpl. (guilty)  ☐ nolopl. (nolo)
- ☐ Consent to proceed before U.S. Magistrate Judge on misdemeanor case.
- ☐ Waiver of Jury Trial
- ☐ **kwvindi.** Waiver of Indictment, filed.
- ☐ Plea Agreement accepted.  ☐ Court defers acceptance of Plea Agreement.
- ☐ **kplag.** Plea Agreement filed (see agreement for details).  ☐ No Plea Agreement.
- ☐ Plea Agreement included with Factual Resume.
- ☐ **kfacres.** Factual Resume filed.
- ☐ **ksen.** Sentencing set _____ at _____ a.m./p.m.
- ☑ **kjytrl.** Trial set for **February Dkt** at _____ a.m./p.m.
- Pretrial motions due: _____. Discovery motions/Government Responses due: _____.
- ☐ Order for PSI, Disclosure Date and Setting Sentencing entered.
- ☐ **kwvpsi.** PSI waiver filed. ☐ PSI due: _____. ☐ Presentence Referral Form to: _____.
- ☐ **ko.(bnd.)** Defts bond ☐ set ☐ reduced to $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR
- ☐ **kowarr.** Deft failed to appear, bench warrant to issue.
- ☑ Bond ☑ continued ☐ forfeited
- ☐ Deft Custody/Detention continued.
- ☐ **kloc.(LC)** Deft REMANDED to custody.

OTHER PROCEEDINGS: _____

Copy to Minute Order Book