ORIGINAL

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**
**MAY 15 2009**
CLERK, U.S. DISTRICT COURT
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

```
UNITED STATES OF AMERICA    )
                            )   No. 3-08-CV-1327-O
v.                          )   No. 3-06-CR-0369-O
                            )
RONALD C. PEARSON,          )
     Defendant.             )
```

### Notice of Appeal

Notice is hereby given that Ronald C. Pearson, defendant in the above named case hereby appeals to the United States Court of Appeals for the 5th Circuit from the final judgment order entered in this action on the 8th day of May, 2009.

Respectfully Submitted,

*/s/ Ronald C. Pearson*

Ronald C. Pearson
Reg. No. 36037-177
FCI Seagoville
PO Box 9000
Seagoville, TX 75159-9000

## Certificate (Proof) of Service

I certify that on the  12th  day of  May , 2009 I placed the original and suitable copies of Defendant's "Notice of Appeal" in the prison mail box, first class postage prepaid, and addressed to:

one (1) original and two (2) copies to:

> Clerk, US District Court
> Northern District of Texas
> Earle Cabell Federal Building
> 1100 Commerce Street
> Dallas, TX 75242

<u>AND</u>

one (1) copy to:

> US Attorney's Office
> Northern District of Texas
> Earle Cabell Federal Building
> 1100 Commerce Street, 3rd Floor
> Dallas, TX 75242

_____
Ronald C. Pearson

Ronald C. Pearson
Reg. No. 36037-177
FCI Seagoville
PO Box 9000
Seagoville, TX 75159-9000

MAY 1 5 2009

Clerk, US District Court
Northern District of Texas
Earle Cabell Federal Building
1100 Commerce Street
Dallas, TX 75242

75242