# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

ORIGINAL

June 19, 2009

#36037-177
Mr. Ronald C. Pearson
FCI Seagoville
2113 N. Highway 175, P.O. Box 9000
Seagoville, TX 75159-9000

> No. 09-10542,  USA v. Ronald Pearson
>      USDC No. 3:06-CR-369-1

3:08CV1327-O

Dear Mr. Pearson:

Please be advised that the above referenced appeal has this date been dismissed as erroneously docketed, due to your notice of appeal dated May 15, 2009 having been sent to this office twice.  Your direct criminal appeal continues to proceed under appeal number 09-10518.  **Please use appeal number 09-10518 on all further filings in this office.**

Please note that we have duly noted that the $455.00 filing fee has been paid.  All documents formerly filed in 09-10542 have now been appropriately transferred to 09-10518.

The transcript order form which you filed in appeal 09-10542 will now be filed in 09-10518.  At that time we will set a deadline for the court reporter to acknowledge receipt of same.

**Please discontinue using appeal number 09-10542. THE ONLY APPEAL NUMBER THAT YOU SHOULD REFERENCE IS 09-10518**

CHARLES R. FULBRUGE III, Clerk

By: /s/ Peggy O. Keller
Peggy O. Keller, Deputy Clerk
504-310-7708

cc:
   Ms. Susan B Cowger
   Ms. Karen S. Mitchell
   Mr. Randy M Wilson

USA FIRST-CLASS FOREVER

NEW ORLEANS LA 701
24 JUN 2009 PM 5 T

UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT
OFFICE OF THE CLERK
F. EDWARD HEBERT BUILDING
600 S. MAESTRI PLACE
NEW ORLEANS, LOUISIANA 70130-3408

OFFICIAL BUSINESS
JUN 26

#36037-177
Mr. Ronald C. Pearson
FCI Seagoville
2113 N. Highway 175, P.O. Box 9000
Seagoville, TX 75159-9000

75242+1092