ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 21 2009

CLERK, U.S. DISTRICT COURT
By _____
Deputy

RONALD C. PEARSON,           )
         Movant,             )
                             )
v.                           )      No. 3:06-CR-0369-O
                             )
UNITED STATES OF AMERICA,    )
         Respondent.         )
                             )

Notice of Appeal

Notice is hereby given that Ronald C. Pearson (Movant, Defendant Below) hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final order and judgment Denying Defendant's Motion Requesting Modification of Terms of Supervised Release entered on September 11, 2009.

Respectfully Submitted,

Ronald C. Pearson
Reg. No. 36037-177
Federal Correctional Inst.
P.O. Box 9000
Seagoville, TX 75159-9000

<u>Certificate (Proof) of Service</u>

I certify that on the <u>17th</u> day of <u>September</u>, 2009

I placed the original and suitable copies of Movant's "Notice

of Appeal" in the prison mailbox, first class postage prepaid,

and addressed to:


one (1) original and two (2) copies to:

      Clerk of the Court
      US District Court
      Northern District of Texas
      1100 Commerce Street
      Dallas, Texas 75242-1699

<u>AND</u>

one (1) copy to:

      US Attorney's Office
      1100 Commerce Street
      3rd Floor
      Dallas, Texas 75242


_____
Ronald C. Pearson







RECEIVED

SEP 21 2009

Ronald C. Pearson
Reg. No. 36037-177
Federal Correctional Inst.
P.O. Box 9000
Seagoville, Texas 75159-9000

Clerk of the Court
US District Court
Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242-1699

75242-1699