IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | No. 3:06-CR-0369-O |
| RONALD C. PEARSON, | ) | |
|     Defendant. | ) | |

## ORDER

Pending before the Court are Defendant's Clarifying Motion With Respect to Defendant's Claim as to Personal Property (Doc. # 70) and the Government's Response (Doc. # 71). For the reasons stated in the Government's Response, Defendant's Clarifying Motion With Respect to Defendant's Claim as to Personal Property is DENIED.

Signed this 9th day of November, 2009.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**