# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 09-10934

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

RONALD C. PEARSON,

    Defendant - Appellant

United States Court of Appeals
Fifth Circuit
**FILED**
October 30, 2009

Charles R. Fulbruge III
Clerk

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
NOV 10 2009
CLERK, U.S. DISTRICT COURT
By _____
Deputy

Appeal from the United States District Court for the
Northern District of Texas, Dallas

CLERK'S OFFICE:

Under 5th Cir. R.42.3, the appeal is dismissed as of October 30, 2009, for want of prosecution. The appellant failed to timely pay docketing fee.

                    Clerk of the United States Court
                    of Appeals for the Fifth Circuit

                    By: _____
                    Mary C. Stewart, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

*Dismissal Order LR42-DIS2*

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

October 30, 2009

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

RECEIVED
BY _____
NOV 1 0 2009
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

  No. 09-10934, USA v. Ronald Pearson
  USDC No. 3:06-CR-369-1

Enclosed is a copy of the judgment issued as the mandate.

                                  CHARLES R. FULBRUGE III, Clerk

                                  By: /s/ Mary Stewart
                                  Mary C. Stewart, Deputy Clerk
                                  504-310-7694

cc: w/encl:
    Ms. Susan B Cowger
    Mr. Ronald C. Pearson

MDT-1