IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS FALLS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 21 2011
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| RONALD C. PEARSON,<br>    Defendant,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br>    Plaintiff. | Civil Action No. 3:06-CR-369-O |

## NOTICE OF APPEAL

Notice is hereby given that Ronald C. Pearson, Defendant in the above case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment Order denying Defendant's "Second Verified Motion and Request for Modification of Sentence Including Terms of Supervised Release" entered in this action on the 12th day of July, 2011.

Respectfully submitted,

*Ronald C. Pearson*

Ronald C. Pearson
Reg. No. 36037-177
FCI Seagoville
P.O. Box 9000
Seagoville, TX 775159

## CERTIFICATE (PROOF) OF SERVICE

I certify that on the 19th, day of July, 2011 I deposited the original and suitable copies of Defendant's "Notice of Appeal" in the prison mail receptacle addressed to:

(1) original and (2) copies to

    Clerk, US District Court
    For the Northern District
    of Texas
    Earle Cabell Federal Bldg.
    1100 Commerce St.
    Dallas, TX 75242

    AND

(1) copy to:

    James Jacks
    US Attorney's Office
    Earle Cabell Federal Bldg.
    1100 Commerce St., 3rd Floor
    Dallas, TX 75242

*Ronald C. Pearson* (signature)
Ronald C. Pearson

Ronald C. Beardon
#36037-177
FCI
P.O. Box 9000
Seagoville, TX
75159-9000

Court Clerk
Earle Cabell Federal Bldg.
1100 Commerce St
Dallas, TX
75242