IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | USDC No. 3:06-CR-369-O |
| v. | ) | |
| | ) | USCA No. 11-10708 |
| RONALD C. PEARSON | ) | |

## ORDER

Defendant's motion to withdraw his notice of appeal (Doc. No. 85) has been granted by the Fifth Circuit Court of Appeals. The motion is therefore DENIED as MOOT.

SO ORDERED this 12th day of August, 2011.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**